UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| DEBTORS ) | | CASE NO. |
| JESSICA L. SALAZAR ) | | **20-13858** |
| ) | | |
| ) | | |

WITHDRAW OF CREDITOR'S CLAIM

NOW on this 29th day of March, 2021, Integris Health, by and through their attorney of record, Works and Lentz, Inc, is withdrawing Claim 1, it was filed in error.

APPROVED:


S/ ANNETTE P. HOWLETT
ANNETTE P. HOWLETT OBA #21223
WORKS & LENTZ, INC.
3030 N.W. Expressway, Suite 1300
Oklahoma City, OK 73112
Phone: (405) 942-2211
Email: ahowlett@worksandlentz.com
Attorney For Integris Health Edmond